8770

Policy Number: FFG 00004

# POLICY DECLARATIONS
## Combined Risk Protection Program

**Underwritten by:**
**FFG INSURANCE CO., Ltd.**
**Hamilton, Bermuda**

**Item 1. PARENT ORGANIZATION**

FleetBoston Financial Corporation

**Item 2. MAILING ADDRESS**

FleetBoston Financial Corporation
Attention: Vice President - Corporate Risk Management
RI DE 03611 D
50 Kennedy Plaza
Providence, RI 02903 USA

**Item 3. POLICY PERIOD**

12:01 am Eastern Standard Time October 1, 1999 to 12:01 am Eastern Standard Time January 1, 2003.

**Item 4. COVERAGE SUMMARY**

Section 1: General Conditions ✓

Section 2: Company Reimbursement Coverage ✓

Section 3: Financial Institution Bond & Electronic and Computer Crime

Section 4: Bankers Professional Liability

Section 5: Fiduciary Liability

Section 6: Employment Practices Liability

**Item 5. CLAIMS MADE COVERAGE**

THE COMPANY REIMBURSEMENT COVERAGE, BANKERS PROFESSIONAL LIABILITY, FIDUCIARY LIABILITY AND EMPLOYMENT PRACTICES LIABILITY COVERAGE SECTIONS OF THIS POLICY ARE WRITTEN ON A CLAIMS-MADE BASIS. EXCEPT AS OTHERWISE PROVIDED, THESE COVERAGE SECTIONS COVER ONLY CLAIMS FIRST MADE AGAINST THE PARENT ORGANIZATION (AS FURTHER DEFINED IN EACH COVERAGE SECTION OF THE POLICY) DURING THE POLICY PERIOD. PLEASE READ THIS POLICY CAREFULLY.

**Item 6.** **LIMIT OF LIABILITY**

The aggregate **Limit of Liability** of the **Insurer** for all loss under any coverage section, or any combination thereof shall be the aggregate limit of $100,000,000.

**Item 7.** **RETENTION**

No coverage shall attach from this policy until the **Parent Organization** has incurred a **Retention** amount per loss or claim as scheduled below. An event which results in a loss or claim arising from a common set of circumstances and insured by one or more coverage sections will require one retention amount to be retained by the **Parent Organization.**

**Retention** Amount: $10,000,000

**Item 8.** **POLICY FORMS/ACCEPTANCE**

By acceptance of this policy the **Parent Organization** and **Insurer** agree that this policy and any written endorsements attached hereto constitute the entire agreement existing between **Parent Organization** and **Insurer.**

This policy is comprised of the following forms as of the Policy Period effective date:

**Policy Declarations:** FFG-OCT (99)
**Section 1:** FFG-GC-OCT (99)
**Section 2:** FFG-D&O-OCT (99)
**Section 3:** FFG-BOND-OCT (99)
**Section 4:** FFG-BPL-OCT (99)
**Section 5:** FFG-FIDUC-OCT (99)
**Section 6:** FFG-EPL-OCT (99)

**Item 9.** **INSURER**

All reference to **Insurer** in this policy shall mean:
FFG Insurance Co., Ltd.
c/o Aon Insurance Managers (Bermuda) Ltd.
Craig Appin House, 8 Wesley Street
P.O. Box 2450 Hamilton HM JX
Bermuda

**Item 10.** **CONTINUITY DATE (Section 5 Fiduciary Liability)**

Continuity Date: October 1, 1999

In witness whereof, the **Insurer** issuing this policy has caused this policy to be signed in Bermuda and thereby validate its authorized representatives.

Gwen Blakeney
for FFG Insurance Co., Ltd.

AON INSURANCE MANAGERS
(BERMUDA) LTD.
AS MANAGERS

Philip Barnes
for FFG Insurance Co., Ltd.