AO 440 (Rev. 5/85) Summons in a Civil Action ⊕

# United States District Court

DISTRICT OF RHODE ISLAND

ROBERTSON STEPHENS, INC. and BANK OF AMERICA CORPORATION, as the successor to FLEETBOSTON FINANCIAL CORPORATION

V.

CHUBB CORPORATION, FEDERAL INSURANCE CO., CHUBB & SON, INC. and BULFINCH INDEMNITY COMPANY, LTD., as the successor to FFG INSURANCE CO., LTD.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

[redacted] 05 360 ML

TO: (Name and Address of Defendant)

Joseph Torti, Insurance Commissioner, Agent for Service for Defendant Federal Insurance Co., Rhode Island Department of Business Regulations, Division of Insurance, 233 Richmond Street, Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Snow, R.I. Bar No. 1774
Howard A. Merten, R.I. Bar No. 3171
PARTRIDGE, SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

August 22, 2005

DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8-24-05 |
| NAME OF SERVER Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): To an Agent Authorized by Appointment or by law to receive service of process on behalf, namely R.I. Insurance Commission, namely Donna Arabian

### STATEMENT OF SERVICE FEES

| ~~TRAVEL~~ File | SERVICES | TOTAL |
|---|---|---|
| 25.00 | 40.00 | 65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/24/05 *Date*

[signature] *Signature of Server*

16 Cornell Ave,
*Address of Server*
Rumford, R.I. 02916

FILED
2005 SEP -1 A 10:16
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Donna Arabian

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.