AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

SCANNED

DISTRICT OF RHODE ISLAND

ROBERTSON STEPHENS, INC. and BANK OF AMERICA CORPORATION, as the successor to FLEETBOSTON FINANCIAL CORPORATION

V.

CHUBB CORPORATION, FEDERAL INSURANCE CO., CHUBB & SON, INC. and BULFINCH INDEMNITY COMPANY, LTD., as the successor to FFG INSURANCE CO., LTD.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CA 05 360

CA 05 360

TO: (Name and Address of Defendant)

AON Insurance Managers (USA), Inc., as Registered Agent for Service for Defendant Bulfinch Indemnity Company, Ltd., as the successor to FFG Insurance Co., Ltd., 76 St. Paul Street, Suite 500, Burlington, VT 05401

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Snow, R.I. Bar No. 1774
Howard A. Merten, R.I. Bar No. 3171
PARTRIDGE, SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Paulette J. Burke
Chief Deputy Clerk

CLERK

August 22, 2005

DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Summons and complaint served by certified mail, return receipt requested. See attached copy of return receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 1, 2005
*Date*

[signature]
*Signature of Server* Howard Merten #3171

Partridge Snow & Hahn
180 South Main Street, Providence, RI 02903
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2. Article Number

7106 4575 1294 4004 1028

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

AON Insurance MAnagers (USA), Inc.
76 St. Paul Street
Suite 500
Burlington, VT 05401

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Dorothy Williams

B. Date of Delivery 5/26/05

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Reference Information

hm:slb 999998-75

hm:slb 999998-75

RE: SENDER:

PS Form 3811, June 2000 Domestic Return Receipt