UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERTSON STEPHENS, INC., et al

vs. C.A. NO. 05-360ML

CHUBB CORPORATION, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
September 7, 2005

Entered as an Order of this Court on September 8, 2005.

Barbara Barletta
Deputy Clerk