**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SCANNED

| | |
|---|---|
| ROBERTSON STEPHENS, INC. and BANK OF AMERICA CORPORATION, successor to FLEETBOSTON FINANCIAL CORPORATION, Plaintiffs, | |
| v. | C.A. No. 05-360 ~~ML~~ S |
| CHUBB CORPORATION, FEDERAL INSURANCE CO., CHUBB & SON, INC., and BULFINCH INDEMNITY COMPANY, LTD., as successor to FFG INSURANCE CO., LTD., Defendants. | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant BULFINCH INDEMNITY COMPANY, LTD. as successor to FFG INSURANCE CO., LTD., hereby moves that Geoffrey J. Vitt be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes:________________________________________.

- Pro hac vice counsel's long-standing representation of the client: I have represented Fleet Bank or related entities for over ten years. Bulfinch Indemnity is a captive insurance company of Fleet (and Bank of America).

- The local trial bar lacks experience in the field of:____________________.

- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: Bulfinch Indemnity is a Vermont captive insurance company and the case may involve Vermont insurance law.
-
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:____________________________________.

- It is a criminal case, and ________________ counsel is defendant's counsel of choice.

- Other: ______________________________________________.

Defendant

By: ______________________
Matthew F. Medeiros (#1856)
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax (401) 272-8195

**Attorney for Bulfinch Indemnity Company, Ltd, as successor to FFG Insurance Co., Ltd.**

DATED: 9/28/05

**CERTIFICATION**

I hereby certify that on this 28th day if September, 2005 I caused to be mailed, by first class U.S. postage prepaid, a copy of the within Motion for Entry of Appearance Pro Hac Vice to Steven E. Snow, Esq. and Howard Merten, Esq., Partridge Snow & Hahn LLP, 180 South Main Street, Providence, RI 02903.

______________________

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of VT, NH, DC and of the following Federal District Courts: District of Vermont, District of New Hampshire, District of Columbia, Eastern District of Virginia, District of Connecticut, and/or Court of Appeals Bar(s) of the Second, Fourth, Fifth, and District of Columbia Circuits, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Name: Geoffrey J. Vitt | Local Associate Counsel |
| | Matthew F. Medeiros # 1856<br>R.I. Bar ID# |
| Vitt & Rattigan, PLC<br>Firm Name | Little Medeiros Kinder Bulman & Whitney, P.C.<br>Firm Name |
| 8 Beaver Meadow Road, P.O. Box 1229<br>Norwich, VT 05055<br>Business Address | 72 Pine Street<br>Providence, RI 02903<br>Business Address |
| (802) 649-5700 Tel. #   (802) 649-1692 Fax # | (401) 272-8080 Tel #   (401) 272-8195 Fax # |

---

**ORDER:** This motion is hereby ______________________________.

______________________________
U.S. District Judge

Date: ________________