RECEIVED
2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERTSON STEPHENS, INC., et al.**
**Plaintiff**

**vs.** **C.A. NO. 05-0360-S-LDA**

**CHUBB CORPORATION, et al.**
**Defendants**

**STIPULATION**

Plaintiffs Robertson Stephens, Inc. and Bank of America Corporation stipulate that defendants Chubb Corporation, Chubb & Son Inc. and Federal Insurance Company shall have until November 14, 2005 to answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

Howard A. Merten (SJR)

Howard A. Merten, Bar Id. No. #3171
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

Attorneys for Plaintiffs

Stephen J. Reid, Jr.

Stephen J. Reid, Jr., Bar Id. No. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Attorneys for Defendants
Chubb Corporation, Chubb & Son Inc. and
Federal Insurance Company

ENTER WMS
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 10/5/05