IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
07 2005
Clerk of U.S. District Court
District of Rhode Island

ROBERTSON STEPHENS, INC., et al.
Plaintiff

vs. C.A. NO. 05-0360-S-LDA

CHUBB CORPORATION, et al.
Defendants

## STIPULATION

Plaintiffs Robertson Stephens, Inc. and Bank of America Corporation stipulate that defendants Chubb Corporation, Chubb & Son Inc. and Federal Insurance Company shall have until Friday, December 16, 2005 to answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

Howard A. Merten, Bar Id. No. #3171
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

Attorneys for Plaintiffs

Stephen J. Reid, Jr., Bar Id. No. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Attorneys for Defendants
Chubb Corporation, Chubb & Son Inc. and
Federal Insurance Company

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 11/10/05

Dated: November 4, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2005, I caused a true copy of the foregoing Stipulation to be mailed to:

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

Steve E. Snow, Esq.
Howard A. Merten, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Geoffrey J. Vitt, Esq.
Vitt & Rattingan, PLC
8 Beaver Meador Road
P.O. Box 1229
Norwich, VT 05055-1229

Stephen J. Reid, Jr.