UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERTSON STEPHENS, INC. and BANK OF AMERICA CORPORATION, successor to FLEETBOSTON FINANCIAL CORPORATION,
Plaintiffs,

v.

C.A. No. 05-360 S

CHUBB CORPORATION, FEDERAL INSURANCE CO., CHUBB & SON, INC., and BULFINCH INDEMNITY COMPANY, LTD., as successor to FFG INSURANCE CO., LTD.,
Defendants.

**STIPULATION EXTENDING TIME**
**TO RESPOND TO COMPLAINT**

It is hereby stipulated and agreed, by and between the undersigned counsel, that the time for defendant Bulfinch Indemnity Company, Ltd., as successor to FFG Insurance Co., Ltd., to answer, move or otherwise respond to plaintiff's complaint in the above-captioned matter, is extended up to and including December 16, 2005.

ROBERTSON STEPHENS, INC., and BANK OF AMERICA CORPORATION, as the successor to FLEETBOSTON FINANCIAL CORPORATION

By their Attorneys,

Steven E. Snow (#1774)
Howard Merten (#3171)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
Tel: (401) 861-8200
Fax: (401) 861-8210

BULFINCH INDEMNITY COMPANY, LTD., as successor to FFG INSURANCE CO., LTD.

By their Attorneys,

Matthew F. Medeiros (#1856)
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 11/10/05

**CERTIFICATION**

I hereby certify that on this 9th day of November, 2005, I caused to be mailed via U.S. first class postage a copy of the within Stipulation to Stephen J. Reid, Esq., Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, RI 02903.

Veronica Segue