RECEIVED
DEC 19 2005
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERTSON STEPHENS, INC., et al.
Plaintiff

vs. C.A. NO. 05-0360-S-LDA

CHUBB CORPORATION, et al.
Defendants

**STIPULATION**

In light of ongoing discussions regarding the possible dismissal by agreement of defendants Chubb Corporation and Chubb & Son Inc., Plaintiffs Robertson Stephens, Inc. and Bank of America Corporation stipulate that defendants Chubb Corporation and Chubb & Son Inc. shall have until January 10, 2006 to answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

Howard A. Merten (STR)

Howard A. Merten, Bar Id. No. #3171
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

Attorneys for Plaintiffs

Stephen J. Reid, Jr.

Stephen J. Reid, Jr., Bar Id. No. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Attorneys for Defendants
Chubb Corporation, Chubb & Son Inc. and Federal Insurance Company

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12\20\05

Dated: December 16, 2005