# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERTSON STEPHENS, INC. AND BANK OF AMERICA CORPORATION, AS THE SUCCESSOR TO FLEETBOSTON FINANCIAL CORPORATION,
Plaintiffs

v.

C.A. No. 05-360/S

FEDERAL INSURANCE CO. AND BULFINCH INDEMNITY COMPANY, LTD., AS THE SUCCESSOR TO FFG INSURANCE CO. LTD.,
Defendants

## CONSENTED TO MOTION TO ENLARGE TIME

Plaintiffs Robertson Stephens, Inc. And Bank Of America Corporation, As The Successor To FleetBoston Financial Corporation, move for an enlargement of time within which to file their objection and supporting memorandum to defendant Federal Insurance Company's Motion to Dismiss up to and including January 20, 2005 in light of the intervening holidays and travel schedules of counsel for the plaintiffs.

Defendant Federal Insurance Company has consented to this requested enlargement.

ROBERTSON STEPHENS, INC. and
BANK OF AMERICA CORPORATION, as
the successor to FLEETBOSTON
FINANCIAL CORPORATION,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200 (401) 861-8210 FAX

DATED: December 23, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing CONSENTED TO MOTION TO ENLARGE TIME was mailed, postage prepaid, on this 23rd day of December, 2005

Stephen J. Reid, Jr., Esq.
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903

Jonathan A. Constine, Esq.
Douglas S. Crosno, Esq.
HORGAN & HARTSON L.L.P.
555 13th Street, N.W., Suite 800E
Washington,D.C. 20004

Geoffrey J. Vitt, Esq.
Vitt & Rattigan
Eight Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

833242_1/4150-30