# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

FILED
2005
DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERTSON STEPHENS, INC. AND BANK OF AMERICA CORPORATION, AS THE SUCCESSOR TO FLEETBOSTON FINANCIAL CORPORATION,
Plaintiffs

v.

C.A. No. 05-360/S

FEDERAL INSURANCE CO. AND BULFINCH INDEMNITY COMPANY, LTD., AS THE SUCCESSOR TO FFG INSURANCE CO. LTD.,
Defendants

12/28/05: GRANTED. [signature] USMJ

## CONSENTED TO MOTION TO ENLARGE TIME

Plaintiffs Robertson Stephens, Inc. And Bank Of America Corporation, As The Successor To FleetBoston Financial Corporation, move for an enlargement of time within which to file their objection and supporting memorandum to defendant Federal Insurance Company's Motion to Dismiss up to and including January 20, 2005 in light of the intervening holidays and travel schedules of counsel for the plaintiffs.

Defendant Federal Insurance Company has consented to this requested enlargement.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐ ______________________
William E. Smith, U.S. District Judge
Date 12/27/05

ROBERTSON STEPHENS, INC. and BANK OF AMERICA CORPORATION, as the successor to FLEETBOSTON FINANCIAL CORPORATION,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

[signature]

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200 (401) 861-8210 FAX

DATED: December 23, 2005