IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 10 2006
Property of U.S. District Court
District of Rhode Island

ROBERTSON STEPHENS, INC. et al.,

Plaintiff,

v.

CHUBB CORPORATION et al.,

Defendants.

No. 05-0360-S-LDA

## STIPULATION

In anticipation of the dismissal per agreement of defendants Chubb Corporation and Chubb & Son Inc., Plaintiffs Robertson Stephens, Inc. and Bank of America Corporation stipulate that defendants Chubb Corporation and Chubb & Son Inc. shall have until February 10, 2006 to answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

Howard A. Merten, Bar Id. No. 3171
PARTRIDGE, SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
Tel: (401) 861-8200
Fax: (401) 861-8210

Attorneys for Plaintiffs

Stephen J. Reid, Jr., Bar Id. No. 2811
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, R.I. 02903
Tel: (401) 831-8900
Fax: (401) 751-7542

Attorneys for Defendants
Chubb Corporation, Chubb & Son Inc. and
Federal Insurance Company

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 1/12/06

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing STIPULATION was mailed, postage prepaid, on this 10th day of January, 2006

Stephen J. Reid, Jr., Esq.
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903

Jonathan A. Constine, Esq.
Douglas S. Crosno, Esq.
HORGAN & HARTSON L.L.P.
555 13th Street, N.W., Suite 800E
Washington,D.C. 20004

Geoffrey J. Vitt, Esq.
Vitt & Rattigan
Eight Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903

Sharon L Bagg

835614_1/4150-30