# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERTSON STEPHENS, INC. AND
BANK OF AMERICA CORPORATION, AS
THE SUCCESSOR TO FLEETBOSTON
FINANCIAL CORPORATION,
Plaintiffs

v. C.A. No. 05-360/S

FEDERAL INSURANCE CO. AND
BULFINCH INDEMNITY COMPANY,
LTD., AS THE SUCCESSOR TO FFG
INSURANCE CO. LTD.,
Defendants

## CONSENTED TO MOTION TO ENLARGE TIME

Plaintiffs Robertson Stephens, Inc. And Bank Of America Corporation, As The Successor To FleetBoston Financial Corporation, move for an enlargement of time within which to file their objection and supporting memorandum to defendant Federal Insurance Company's Motion to Dismiss up to and including January 30, 2006. Plaintiffs need the additional time to consult with their client and finalize their responses.

Defendant Federal Insurance Company has consented to this requested enlargement.

ROBERTSON STEPHENS, INC. and
BANK OF AMERICA CORPORATION, as
the successor to FLEETBOSTON
FINANCIAL CORPORATION,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200 (401) 861-8210 FAX

DATED: January 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing CONSENTED TO MOTION TO ENLARGE TIME was mailed, postage prepaid, on this 17th day of January, 2006

Stephen J. Reid, Jr., Esq.
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903

Jonathan A. Constine, Esq.
Douglas S. Crosno, Esq.
HORGAN & HARTSON L.L.P.
555 13th Street, N.W., Suite 800E
Washington,D.C. 20004

Geoffrey J. Vitt, Esq.
Vitt & Rattigan
Eight Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903

Sharon L Boyd

836424_1/4150-30