10kWIZARD
SEC POWER SEARCH

# FORM 10-K

## BANK OF AMERICA CORP /DE/ - BAC

**Filed: March 01, 2005 (period: December 31, 2004)**

Annual report which provides a comprehensive overview of the company for the past year

EXHIBIT 21

**DIRECT AND INDIRECT SUBSIDIARIES OF BANK OF AMERICA CORPORATION**
**INDEX OF FR Y-10 REPORTABLE ENTITIES ON ORGANIZATION CHART AS OF 12/31/2004**

| Name | Location |
|---|---|
| "M&M Realty, Inc." | St. Louis, MO |
| 100 Federal Street Limited Partnership | Boston, MA |
| 1784 S.A. Sociedad Gerente de Fondos Comunes de Inversion | Buenos Aires, Argentina |
| 200 Madison Avenue Realty Corporation | Charlotte, NC |
| A/M Properties, Inc. | Baltimore, MD |
| Abilene Park, Inc. | Dallas, TX |
| ABN AMRO Merchant Services, LLC | Louisville, KY |
| ACO Limitada | Montevideo, Uruguay |
| AdFleet, Inc. | Glastonbury, CT |
| Aegis Holdings (Offshore) Ltd. | George Town, Grand Cayman, Cayman Is. |
| Aegis Holdings (Onshore) Inc. | New York, NY |
| AF&L, Inc. | Warrington, PA |
| Aguila Corp S.A. | Lima, Peru |
| Airlease Management Services, Inc. | San Francisco, CA |
| Alamo Funding II, Inc. | Dallas, TX |
| Alamo Funding LLC | Dallas, TX |
| Alie Street Investments Limited | London, U.K. |
| Alliance Enterprise Corporation | Richardson, TX |
| Almacenadora Serfin, S.A. de C.V. | Mexico City, Mexico |
| Almacenadora Somex, S.A. de C.V. | Mexico City, Mexico |
| Almazora Holdings S.a.r.l. | Luxembourg, Luxembourg |
| Altier LLC | Dallas, TX |
| Amarillo Lane, Inc. | Dallas, TX |
| AMB Pier One LLC | San Francisco, CA |
| American Financial Service Group, Inc. | Greensboro, NC |
| Apollo Theater Master Tenant LLC | New York, NY |
| Appold Holdings Limited | London, U.K. |
| Appold Property Management Limited | London, U.K. |
| Arena Holdings LLC | Charlotte, NC |
| Argentine Securities Limited | Nassau, Bahamas |
| Ashburn A. Corp. | Baltimore, MD |
| Asian American Merchant Bank Ltd. | Singapore, Singapore |
| Aspen Lane BT | Las Vegas, NV |
| Asset Backed Funding Corporation | Charlotte, NC |
| Asset Management Corp. | Princeton, NJ |
| Aswan Development Associates, LLC | Miami, FL |
| Aswan Village Associates, LLC | Miami, FL |
| Atlanta Affordable Housing Fund Limited Partnership | Charlotte, NC |
| Atlantic Equity Corporation | Chicago, IL |
| Awenda Financing LLC | Dallas, TX |
| B&D Phase III LLC | Baltimore, MD |
| B.A. International (Cayman) Ltd. | George Town, Grand Cayman, Cayman Is. |
| BA 1998 Partners Associates Fund, L.P. | Chicago, IL |
| BA 1998 Partners Fund I, L.P. | Chicago, IL |
| BA 1998 Partners Fund II, L.P. | Chicago, IL |
| BA 1998 Partners Fund LDC | Chicago, IL |
| BA 1998 Partners Master Fund I, L.P. | Chicago, IL |
| BA 1998 Partners Master Fund II, L.P. | Chicago, IL |
| BA Agency, Inc. | Albuquerque, NM |
| BA Australia Limited | Sydney, New South Wales, Australia |

| | |
|---|---|
| Biscayne Apartments, Inc. | Atlanta, GA |
| BJCC, Inc. | Wilton, CT |
| BKB Foreign Sales Corporation | Christiansted, St. Thomas, U.S. V.I. |
| Black Business Investment Fund of Central Florida, Inc. | Orlando, FL |
| Blue Ridge Investments, L.L.C. | Charlotte, NC |
| Blue Spruce Investments, GP | Las Vegas, NV |
| BoA Beteiligungs GmbH | Frankfurt, Germany |
| BoA Consulting GmbH & Co. KG | Frankfurt, Germany |
| BoA Consulting Verwaltungs GmbH | Frankfurt, Germany |
| BoA Nederland Krediet Cooperatieve U.A. | Amsterdam, The Netherlands |
| BoA Netherlands Cooperatieve U.A. | Amsterdam, The Netherlands |
| BoA Treuhand GmbH & Co. KG | Frankfurt, Germany |
| BOA/Mermart Joint Venture | San Diego, CA |
| Boatmen's Insurance Agency, Inc. | St. Louis, MO |
| Bond Products Depositor LLC | Charlotte, NC |
| Boston Administradora de Fondos de Inversion S.A. | Montevideo, Uruguay |
| Boston Administradora General de Fondos S.A. | Santiago, Chile |
| Boston Asesores de Seguros, S.A. | Buenos Aires, Argentina |
| Boston Asset Management, S.A. de C.V. | Mexico City, Mexico |
| Boston Capital Southern Cone S.A. (d/b/a "BancBoston Capital Southern Cone") | Buenos Aires, Argentina |
| Boston Centros de Inversion S.A. | Buenos Aires, Argentina |
| Boston Comercial e Participacoes Ltda. | Sao Paulo, Brazil |
| Boston Corporate Finance SpA | Milan, Italy |
| Boston Directo S.A. | Montevideo, Uruguay |
| Boston International Holdings Corporation | Boston, MA |
| Boston Inversiones Servicios y Administracion S.A. | Santiago, Chile |
| Boston Investment Group S.A., The | Buenos Aires, Argentina |
| Boston Investment Securities, Inc. | Panama City, Panama |
| Boston Investor Advisor S.A. | Buenos Aires, Argentina |
| Boston Latin America Finance Company | George Town, Grand Cayman, Cayman Is. |
| Boston Leasing Mexico, S.A. de C.V. | Mexico City, Mexico |
| Boston Negocios e Participacoes Ltda. | Sao Paulo, Brazil |
| Boston Overseas Financial Corporation | Boston, MA |
| Boston Overseas Financial Corporation S.A. | Buenos Aires, Argentina |
| Boston Overseas Holding Corporation | Boston, MA |
| Boston Overseas Private Equity LLC | Boston, MA |
| Boston Previdencia Privada S.A. | Sao Paulo, Brazil |
| Boston Securities S.A. Sociedad de Bolsa | Buenos Aires, Argentina |
| Boston Securities Sociedad Agente de Bolsa Sociedad Anomina Cerrada | San Isidro, Peru |
| Boston Securitizadora S.A. | Santiago, Chile |
| Boston World Holding Corporation | Boston, MA |
| Boundary Peak Investments GP | Las Vegas, NV |
| Brazil Securities Limited | Nassau, Bahamas |
| Brazos VPP Limited Partnership | Dallas, TX |
| Bridger Holdings LLC | Mill Valley, CA |
| Brigibus, Limited | London, U.K. |
| Bristlecone Management LLC | Las Vegas, NV |
| Bristlecone Park LLC | Las Vegas, NV |
| Brockman Investments LLC | Wilmington, DE |
| Bulfinch Indemnity Company, Ltd. | Boston, MA |
| Burton Road Development Partners, LLC | Atlanta, GA |
| C&S Premises–SPE, Inc. | Atlanta, GA |
| Cabot Investments | London, U.K. |
| California Environmental Redevelopment Fund, LLC | Sacramento, CA |