**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
FEB 10 2006
Property of U.S. District Court
District of Rhode Island

ROBERTSON STEPHENS, INC. AND BANK OF AMERICA CORPORATION, AS SUCCESSOR TO FLEETBOSTON FINANCIAL CORPORATION,
Plaintiffs

v.

C.A. No. 05-360/MLS

CHUBB CORPORATION, FEDERAL INSURANCE CO., CHUBB & SON, INC. AND BULFINCH INDEMNITY COMPANY, LTD., AS THE SUCCESSOR TO FFG INSURANCE CO., LTD.,
Defendants

## DISMISSAL STIPULATION

Plaintiffs dismiss their claims against defendants The Chubb Corporation and Chubb & Son Inc. without prejudice, no costs or fees to any party, subject to the provisions of a Tolling Agreement entered into between the parties and attached hereto and incorporated herein. This dismissal is expressly without prejudice to plaintiffs' claims against the remaining defendants.

ROBERTSON STEPHENS, INC. AND BANK OF AMERICA CORPORATION, AS SUCCESSOR TO FLEETBOSTON FINANCIAL CORPORATION,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

ENTER WAmm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2/27/06

DATED: February 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DISMISSAL STIPULATION was mailed, postage prepaid, on this 10th day of February, 2006.

Stephen J. Reid, Jr.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Geoffrey J. Vitt, Esq.
Vitt & Rattingan, PLC
Eight Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055-1229

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman &
Whitney, PC
72 Pine Street
Providence, RI 02903

Angela M. Giron

830498_1/4150

**TOLLING AGREEMENT**

This Tolling Agreement is entered into by and between Robertson Stevens, Inc., Bank of America Corporation, as the successor to FleetBoston Financial Corporation, The Chubb Corporation, Chubb & Son Inc., Federal Insurance Co. and Bulfinch Indemnity Company, Ltd. on this 12TH day of December, 2005.

WHEREAS, Robertson Stevens, Inc. and Bank of America Corporation have filed suit in the United States District Court for the District of Rhode Island and named as defendants The Chubb Corporation, Chubb & Son Inc., Federal Insurance Co. and Bulfinch Indemnity Company, Ltd.;

WHEREAS, that suit alleges various claims respecting the named defendants' obligations to defend and indemnify Robertson Stevens, Inc. and Bank of America Corporation pursuant to insurance and claims administration agreements;

WHEREAS, The Chubb Corporation and Chubb & Son, Inc. have represented that neither entity is a party to the insurance or claims administration agreements or the policies of insurance at issue and have provided an affidavit, attached hereto as Exhibit A affirming those representations under oath;

NOW THEREFORE, the parties agree that:

1. Robertson Stevens, Inc. and Bank of America Corporation will dismiss the claims pending in United States District Court for the District of Rhode Island in Civil Action No. 05-360, without prejudice, as to The Chubb Corporation and Chubb & Son Inc.

2. The signing of this Agreement is not intended to prejudice or affect in any way Robertson Stevens, Inc.'s or the Bank of America Corporation's claims against the "Chubb & Son" named in the Claims Administration Agreement and identified in that document as "a division of Federal Insurance Company, Inc.";

3. The running of any and all statutes of limitation, laches, statutory conditions precedent or limitations periods or related legal doctrines applicable to any and all causes of actions and defenses including without limitation any claims asserted in the above-mentioned lawsuit shall be tolled and suspended as of the date of the signing of this Agreement, with such tollings and suspensions to run through the resolution of the above-mentioned lawsuit;

4. The Chubb Corporation and Chubb & Son Inc. agree not to assert as a defense to any action the running of any statute of limitations, laches, statutory conditions precedent or other time limitations or related legal doctrine inconsistent with the terms of this Tolling Agreement;

5. This Tolling Agreement shall not be used in any proceeding, except for the purposes of establishing, if the matter be contested, the tolling of the statute of limitations or any other limitation period or condition precedent or related doctrines as provided in this Tolling Agreement;

6. Neither the execution of this Tolling Agreement nor the Tolling Agreement itself shall constitute an admission of personal jurisdiction in Rhode Island, and the execution of this agreement shall not subject The Chubb Corporation or Chubb & Son Inc. to jurisdiction in Rhode Island or the state or federal courts thereof.

7. This Tolling Agreement shall be governed by the laws of Rhode Island.

8. This Tolling Agreement shall be binding upon and inure to the benefits of the parties and their successors and assigns;

9. Each of the signatories hereto represents, warrants and states that all legal action necessary for the effectuation and executions of this Tolling Agreement

by the respective party has been validly taken and that they are duly authorized to execute this Tolling Agreement on their respective parties' behalf.

THE CHUBB CORPORATION

W. Andrew Macan

By: W. ANDREW MACAN

CHUBB & SON INC.

W. Andrew Macan

By: W. ANDREW MACAN

ROBERTSON STEVENS, INC.

________________________________

By______________________________

BANK OF AMERICAN CORPORATION

________________________________

By______________________________

BULFINCH INDEMNITY COMPANY, LTD.

________________________________

By______________________________

FEDERAL INSURANCE CO.

W. Andrew Macan

By W. ANDREW MACAN

827643_1/4150

by the respective party has been validly taken and that they are duly authorized to execute this Tolling Agreement on their respective parties' behalf.

THE CHUBB CORPORATION

By: W. Andrew Macan

CHUBB & SON INC.

By: W. Andrew Macan

ROBERTSON STEVENS, INC.

By____________________________

BANK OF AMERICAN CORPORATION

By____________________________

BULFINCH INDEMNITY COMPANY, LTD.

By Norman R. Dickens

FEDERAL INSURANCE CO.

By W. Andrew Macan

827643_1/4150



Feb. 10 2006 09:44AM P1 FAX NO. : FROM :