UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Robertson Stephens, Inc., et al.
Plaintiff(s)

v. Dkt. No. 05-0360-S

Federal Insurance Company, et al.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant Federal Insurance Company hereby moves that Jonathan A. Constine, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Federal Insurance Company
(~~Plaintiff~~/Defendant)

By: Stephen J. Reid, Jr.
Bar ID No.: 2811
Blish & Cavanagh, LLP Address: 30 Exchange Terrace
DATED: February 10, 2006 Providence, RI 02903

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the ~~State(s)~~ District of Columbia and of the following Federal District Court and/or Court of Appeals Bar(s) D.C. 1st, 3rd, 4th, 5th, 6th, 7th Cir., and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Jonathan A. Constine — 416887

Print Name — State Bar ID #

Hogan & Hartson L.L.P.

Firm Name

555 - 13th Street, NW

Washington, DC 20004

Business Address

202/637-5870 — 202/637-5910

Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Stephen J. Reid, Jr. — 2811

Print Name — R.I. Bar ID #

Blish & Cavanagh, LLP

Firm and Business Address

30 Exchange Terrace

Providence, RI 02903

Tel. # 831-8900 Fax # 751-7542

**ORDER**

This motion is hereby ______________________________

______________________________

District Judge

Date:

## CERTIFICATION OF SERVICE

I hereby certify that on the 9th day of March, 2006, I caused a copy of the foregoing Motion For Pro Hac Vice to be mailed to:

Steven E. Snow, Esq.
Howard A. Merten, Esq.
Partridge, Snow & Han, LLP
180 South Main Street
Providence, RI 02903

S. Elaine McChesney, Esq.
Jennifer W. Corinis, Esq.
Lara N. Gelbwasser, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman &
Whitney, PC
72 Pine Street
Providence, RI 02903

Geoffrey J. Vitt, Esq.
Vitt & Rattingan, PLC
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT 05055-1229

Jonathan A. Constine, Esq.
Douglas S. Crosno, Esq.
Hogan & Hartson, LLP
555 13th Street, N.W.
Washington, DC 20004

[signature]