# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERTSON STEPHENS, INC. AND BANK OF AMERICA CORPORATION, AS THE SUCCESSOR TO FLEETBOSTON FINANCIAL CORPORATION,
Plaintiffs

v.

FEDERAL INSURANCE CO. AND BULFINCH INDEMNITY COMPANY, LTD., AS THE SUCCESSOR TO FFG INSURANCE CO., LTD.,
Defendants

C.A. No. 05-360-S-LDA

## DISMISSAL STIPULATION

Plaintiffs Robertson Stephens, Inc. and Bank of America Corporation, as the successor to FleetBoston Financial Corporation and Defendants Federal Insurance Co. and Bulfinch Indemnity Company, Ltd., as the successor to FFG Insurance Co., Ltd. hereby stipulate that the within action is dismissed in its entirety, with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

ROBERTSON STEPHENS, INC. AND BANK OF AMERICA CORPORATION, AS THE SUCCESSOR TO FLEETBOSTON FINANCIAL CORPORATION,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/______________________________
Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com

FEDERAL INSURANCE COMPANY

By Its Attorneys,

BLISH & CAVANAGH, LLP

/s/__________________________________
Stephen J. Reid, Jr. (#2811)
30 Exchange Terrace
Providence Rhode Island 02903
(401) 831-8900
(401) 751-7542 FAX
sjr@blishcavlaw.com

BULFINCH INDEMNITY COMPANY, LTD., as successor to FFG INSURANCE CO., LTD.

By its Attorneys

LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.

/s/______________________________

Matthew F. Medeiros (#1856)
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195 FAX
mfm@lmkbw.com

DATED: April 30, 2007

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, a copy of the foregoing DISMISSAL STIPULATION was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's cm/ecf system.

| | |
|---|---|
| Stephen J. Reid, Jr., Esq.<br>BLISH & CAVANAGH<br>30 Exchange Terrace<br>Providence, RI 02903 | Matthew F. Medeiros, Esq.<br>LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.<br>72 Pine Street<br>Providence, RI 02903 |

/s/______________________________
Howard A. Merten

912463_1/4150-30